IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FRANK MAURO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | Civil Action No. 4:22-cv-01969 |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC,** § § § § | |
| § | |
| **Defendants.** § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Frank Mauro ("Plaintiff") and Defendant Federal National Mortgage Association ("Defendant" or "Fannie Mae" and together with Plaintiff, the "Parties"), respectfully file this Joint Stipulation of Dismissal and show:

The Parties hereby report to the Court that the dispute between the Parties has been settled and respectfully request that the Court sign an order of voluntary dismissal as to the above-referenced claims ordering that:

1. this Stipulation of Dismissal is granted; and

2. all of claims in this Action by Plaintiff are dismissed without prejudice to the re-filing of same; and

3. that costs are taxed against Plaintiff.

The foregoing is stipulated by the Parties by and through their respective counsel of record.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
MARK D. CRONENWETT
Texas Bar No. 00787303
S.D. Texas Admission No. 21340
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR DEFENDANT**

and

By: */s/ Jason A. LeBoeuf with permission by Mark D. Cronenwett*
JASON A. LEBOEUF
Texas Bar No. 24032662
jason@leboeuflawfirm.com

**LEBOEUF LAW FIRM, PLLC**
675 Town Square Blvd., Ste. 200, Bldg. A
Garland, TX 75040
(214) 206-7423 (Phone)
(214) 730-5944 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was forwarded to the counsel of record listed below by ECF notification on July 26, 2022.

Jason A. LeBoeuf
LeBoeuf Law Firm, PLLC
675 Town Square Blvd., Ste. 200, Bldg. A
Garland, TX 75040

                                        */s/ Mark D. Cronenwett*
                                        **MARK D. CRONENWETT**